# United States District Court
# Northern District of Illinois – CM/ECF NextGen 1.7.1.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:22–cv–06924

CLOSED,TERMED

Baker v. Match Group, Inc. et al
Assigned to: Honorable Manish S. Shah
Case in other court:  Circuit Court of Cook County, Illinois, 2022CH10435
Cause: 28:1332 Diversity–Tort/Non–Motor Vehicle

Date Filed: 12/09/2022
Date Terminated: 05/31/2023
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Marcus Baker**
*individually and on behalf of all others similarly situated*

represented by **Jonathan Gardner**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907–0700
Email: jgardner@labaton.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa H. Nafash**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907–0861
Email: mnafash@labaton.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Smith**
Law Office of Michael D. Smith, P.C.
231 South LaSalle Street
Suite 2100
IL
Chicago, IL 60604
(312) 546–6138
Email: msmith@smithlawchicago.com
*ATTORNEY TO BE NOTICED*

**Shannon K Tully**
Labaton Sucharow LLP
140 Broadway
10005
New York, NY 10005
212–907–0700
Email: stully@labaton.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Match Group, Inc.** represented by **Daniel Reza Saeedi**
Taft Stettinius & Hollister LLP
111 E. Wacker Drive
Suite 2800
Chicago, IL 60601
312 840 4316
Email: dsaeedi@taftlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel L Schaller**
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 836–4128
Email: rschaller@taftlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Ann Winkowski**
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 840–4307
Email: ewinkowski@taftlaw.com
*ATTORNEY TO BE NOTICED*

**Stephen Andrew Broome**
Quinn Emanuel Urquhart & Sullivan
865 S Figueroa Street
10th Floor
Los Angeles, CA 90017
646–431–9439
Email: stephenbroome@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Match Group, LLC** represented by **Daniel Reza Saeedi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel L Schaller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Ann Winkowski**
(See above for address)

                        **Stephen Andrew Broome**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hinge, Inc.**     represented by     **Daniel Reza Saeedi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                        **Rachel L Schaller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                        **Elizabeth Ann Winkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

                        **Stephen Andrew Broome**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Humor Rainbow, Inc.**     represented by     **Daniel Reza Saeedi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                        **Rachel L Schaller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                        **Elizabeth Ann Winkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

                        **Stephen Andrew Broome**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**People Media, Inc.**     represented by     **Daniel Reza Saeedi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|   |   | Rachel L Schaller<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|   |   | **Elizabeth Ann Winkowski**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Stephen Andrew Broome**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Affinity Apps, LLC** | represented by | **Daniel Reza Saeedi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|   |   | **Rachel L Schaller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Elizabeth Ann Winkowski**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Stephen Andrew Broome**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2022 | 1 | NOTICE of Removal from Circuit Court of Cook County, Illinois, case number (2022CH10435) filed by Affinity Apps, LLC, Hinge, Inc., Humor Rainbow, Inc., Match Group, Inc., Match Group, LLC, People Media, Inc. Filing fee $ 402, receipt number AILNDC–20125365. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Saeedi, Daniel) (Entered: 12/09/2022) |
| 12/09/2022 | 2 | ATTORNEY Appearance for Defendants Affinity Apps, LLC, Hinge, Inc., Humor Rainbow, Inc., Match Group, Inc., Match Group, LLC, People Media, Inc. by Daniel Reza Saeedi (Saeedi, Daniel) (Entered: 12/09/2022) |
| 12/09/2022 | 3 | CIVIL Cover Sheet (Saeedi, Daniel) (Entered: 12/09/2022) |
| 12/09/2022 | 4 | ATTORNEY Appearance for Defendants Affinity Apps, LLC, Hinge, Inc., Humor Rainbow, Inc., Match Group, Inc., Match Group, LLC, People Media, Inc. by Rachel L Schaller (Schaller, Rachel) (Entered: 12/09/2022) |
| 12/09/2022 | 5 | ATTORNEY Appearance for Defendants Affinity Apps, LLC, Hinge, Inc., Humor Rainbow, Inc., Match Group, Inc., Match Group, LLC, People Media, Inc. by Elizabeth Ann Winkowski (Winkowski, Elizabeth) (Entered: 12/09/2022) |

| | | |
|---|---|---|
| 12/09/2022 | 1 | CASE ASSIGNED to the Honorable Manish S. Shah. Designated as Magistrate Judge the Honorable Jeffrey Cole. Case assignment: Random assignment. (mbh, ) (Entered: 12/09/2022) |
| 12/12/2022 | 6 | MAILED Notice of Removal Letter to Plaintiff's Counsel, Michael Smith. (jh, ) (Entered: 12/12/2022) |
| 12/12/2022 | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post–trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (jh, ) (Entered: 12/12/2022) |
| 12/12/2022 | 7 | ATTORNEY Appearance for Defendants Affinity Apps, LLC, Hinge, Inc., Humor Rainbow, Inc., Match Group, Inc., Match Group, LLC, People Media, Inc. by Elizabeth Ann Winkowski (Winkowski, Elizabeth) (Entered: 12/12/2022) |
| 12/14/2022 | 8 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–20138036. (Gardner, Jonathan) (Entered: 12/14/2022) |
| 12/14/2022 | 9 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–20138064. (Nafash, Melissa) (Entered: 12/14/2022) |
| 12/14/2022 | 10 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC–20138087. (Tully, Shannon) (Entered: 12/14/2022) |
| 12/14/2022 | 11 | MOTION by Defendants Affinity Apps, LLC, Hinge, Inc., Humor Rainbow, Inc., Match Group, Inc., Match Group, LLC, People Media, Inc. for extension of time *to Answer or Otherwise Plead* (Saeedi, Daniel) (Entered: 12/14/2022) |
| 12/14/2022 | 12 | *Unopposed* NOTICE of Motion by Daniel Reza Saeedi for presentment of extension of time 11 before Honorable Manish S. Shah on 12/21/2022 at 09:45 AM. (Saeedi, Daniel) (Entered: 12/14/2022) |
| 12/15/2022 | 13 | MINUTE entry before the Honorable Manish S. Shah: The motions for pro hac vice admission 8 9 10 are granted. The motion for extension of time 11 is granted. Defendants shall respond to the complaint by 1/13/23 and the parties shall file a joint initial status report on 1/19/23. A template for the Initial Status Report, setting forth the information required, may be found at http://www.ilnd.uscourts.gov/Judges.aspx by clicking on Judge Shah's name and then again on the link entitled 'Initial Status Reports.' No appearance on 12/21/22 is necessary. Mailed notice. (kl, ) (Entered: 12/15/2022) |
| 12/29/2022 | 14 | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Executive Committee on 12/29/2022: Mailed notice. (tg, ) (Entered: 12/29/2022) |

| | | |
|---|---|---|
| 01/06/2023 | 15 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC−20211899. (Broome, Stephen) (Entered: 01/06/2023) |
| 01/09/2023 | 16 | MINUTE entry before the Honorable Manish S. Shah: The motion for leave to appear pro hac vice 15 is granted. Notices mailed. (psm, ) (Entered: 01/09/2023) |
| 01/13/2023 | 17 | MOTION by Defendants People Media, Inc., Hinge, Inc., Match Group, LLC, Affinity Apps, LLC, Match Group, Inc., Humor Rainbow, Inc. to dismiss *Defendants' Motion to Dismiss This Action Pursuant to The Federal Arbitration Act and The Doctrine of Forum Non Conveniens or Alternatively Transfer to Texas* (Saeedi, Daniel) (Entered: 01/13/2023) |
| 01/13/2023 | 18 | MEMORANDUM by Affinity Apps, LLC, Hinge, Inc., Humor Rainbow, Inc., Match Group, Inc., Match Group, LLC, People Media, Inc. in support of motion to dismiss, 17 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Saeedi, Daniel) (Entered: 01/13/2023) |
| 01/13/2023 | 19 | NOTICE of Motion by Daniel Reza Saeedi for presentment of motion to dismiss, 17 before Honorable Manish S. Shah on 1/19/2023 at 09:45 AM. (Saeedi, Daniel) (Entered: 01/13/2023) |
| 01/17/2023 | 20 | MINUTE entry before the Honorable Manish S. Shah: No status report on 1/19/23 is necessary. Plaintiff shall respond to the motion to dismiss or transfer by 2/14/23 and defendants may reply by 3/7/23. The court will rule by cm/ecf. Discovery is stayed. No appearance on 1/19/23 is necessary. Notices mailed. (psm, ) (Entered: 01/17/2023) |
| 02/02/2023 | 21 | MOTION by Plaintiff Marcus Baker for leave to file excess pages *for Plaintiff's Opposition to Defendants' Motion to Dismiss* (Gardner, Jonathan) (Entered: 02/02/2023) |
| 02/02/2023 | 22 | RESPONSE by Affinity Apps, LLC, Hinge, Inc., Humor Rainbow, Inc., Match Group, Inc., Match Group, LLC, People Media, Inc.in Opposition to MOTION by Plaintiff Marcus Baker for leave to file excess pages *for Plaintiff's Opposition to Defendants' Motion to Dismiss* 21 *DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE TWENTY−FIVE−PAGE RESPONSE BRIEF WELL IN EXCESS OF LOCAL RULES* (Saeedi, Daniel) (Entered: 02/02/2023) |
| 02/03/2023 | 23 | MINUTE entry before the Honorable Manish S. Shah: The motion for excess pages 21 is granted in part, denied in part. Plaintiff has enough time to edit the brief, and given defendants' ability to adhere to a 15−page limit (without any obvious font−size, margin, or footnote manipulations), a twenty−five page response brief is not necessary. Plaintiff may have up to 20 pages for the response brief, and defendants will have 20 pages for their reply. Notices mailed. (psm, ) (Entered: 02/03/2023) |
| 02/14/2023 | 24 | RESPONSE by Marcus Bakerin Opposition to MOTION by Defendants People Media, Inc., Hinge, Inc., Match Group, LLC, Affinity Apps, LLC, Match Group, Inc., Humor Rainbow, Inc. to dismiss *Defendants' Motion to Dismiss This Action Pursuant to The Federal Arbitration Act and The Doctrine of F* 17 (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Nafash, Melissa) (Entered: 02/14/2023) |
| 03/06/2023 | 25 | NOTICE by Marcus Baker re response in opposition to motion, 24 */ Notice of Supplemental Authority* (Attachments: # 1 Exhibit A)(Gardner, Jonathan) (Entered: 03/06/2023) |
| 03/07/2023 | 26 | REPLY by Defendants Affinity Apps, LLC, Hinge, Inc., Humor Rainbow, Inc., Match Group, Inc., Match Group, LLC, People Media, Inc. to response in opposition to motion, 24 *DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS OR ALTERNATIVELY TRANSFER TO TEXAS* (Attachments: # 1 Exhibit Group Exhibit A)(Saeedi, Daniel) (Entered: 03/07/2023) |
| 05/31/2023 | 27 | MEMORANDUM Opinion and Order. Signed by the Honorable Manish S. Shah on 5/31/2023: Plaintiff has shown that small claims court isn't the right place for this case. But Baker and defendants agreed to litigate claims outside of arbitration or small claims court in Texas, and defendants are entitled to that agreed−upon forum. The motion to dismiss is denied. The motion to |

| | | |
|---|---|---|
| | | transfer is granted. The Clerk shall transfer this case to the United States District Court for the Northern District of Texas, Dallas Division. [For further detail see attached order.] Notices mailed. (psm, ) (Entered: 05/31/2023) |
| 06/13/2023 | 28 | MOTION by Defendants Affinity Apps, LLC, Hinge, Inc., Humor Rainbow, Inc., Match Group, Inc., Match Group, LLC, People Media, Inc. to stay *THE TRANSFER OF THIS CASE TO THE DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS PENDING A RULING ON DEFENDANTS' MOTION FOR RECONSIDERATION*<br><br>(Saeedi, Daniel) (Entered: 06/13/2023) |
| 06/13/2023 | 29 | NOTICE of Motion by Daniel Reza Saeedi for presentment of motion to stay, 28 before Honorable Manish S. Shah on 6/20/2023 at 09:45 AM. (Saeedi, Daniel) (Entered: 06/13/2023) |
| 06/14/2023 | 30 | MINUTE entry before the Honorable Manish S. Shah: The motion to temporarily stay transfer 28 is granted. The Clerk's Office is ordered not to process the transfer of this case until further order of this court. No appearance on 6/20/23 is necessary. Notices mailed. (psm, ) (Entered: 06/14/2023) |
| 06/15/2023 | 31 | MOTION by Defendants Affinity Apps, LLC, Hinge, Inc., Humor Rainbow, Inc., Match Group, Inc., Match Group, LLC, People Media, Inc. for reconsideration *of the Court's May 31, 2023 Ruling.*<br><br>(Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Saeedi, Daniel) (Entered: 06/15/2023) |
| 06/15/2023 | 32 | NOTICE of Motion by Daniel Reza Saeedi for presentment of motion for reconsideration, 31 before Honorable Manish S. Shah on 6/21/2023 at 09:45 AM. (Saeedi, Daniel) (Entered: 06/15/2023) |
| 06/16/2023 | 33 | MINUTE entry before the Honorable Manish S. Shah: Plaintiff's response to the motion to reconsider is due 7/6/23 and defendants' reply is due 7/20/23. The court will rule by cm/ecf and no appearance on 6/21/23 is necessary. Notices mailed. (psm, ) (Entered: 06/16/2023) |
| 07/06/2023 | 34 | RESPONSE by Marcus Bakerin Opposition to MOTION by Defendants Affinity Apps, LLC, Hinge, Inc., Humor Rainbow, Inc., Match Group, Inc., Match Group, LLC, People Media, Inc. for reconsideration *of the Court's May 31, 2023 Ruling.*<br><br>31 (Nafash, Melissa) (Entered: 07/06/2023) |
| 07/20/2023 | 35 | REPLY by Defendants Affinity Apps, LLC, Hinge, Inc., Humor Rainbow, Inc., Match Group, Inc., Match Group, LLC, People Media, Inc. to motion for reconsideration, 31 *in Support of Their Motion to Reconsider this Court's May 31, 2023 Ruling* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Saeedi, Daniel) (Entered: 07/20/2023) |
| 11/28/2023 | 36 | MEMORANDUM Opinion and Order. Signed by the Honorable Manish S. Shah on 11/28/2023: Defendants' motion for reconsideration, 31 , is denied. The temporary stay of the transfer order, 30 , is lifted, and the Clerk may proceed to transfer the case to the United States District Court for the Northern District of Texas, Dallas Division. [For further detail see attached order.] Notices mailed. (psm, ) (Entered: 11/28/2023) |
| 12/13/2023 | 37 | TRANSFERRED to the United States District Court for the Northern District of Texas, Dallas Division the electronic record. (jh, ) (Entered: 12/13/2023) |