IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARCUS BAKER,** | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-02761-N- |
| | § | |
| **MATCH GROUP INC.,** *et al.*, | § | |
| | § | |
|    Defendants. | § | |
| | § | |
| | § | |
| | § | |

## JOINT SCHEDULING STIPULATION

As stated in the parties' Joint Status Report (filed concurrently), Plaintiff intends to file an amended complaint and Defendants intend to file a motion to dismiss the forthcoming amended complaint. Thus, Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate to the following:

WHEREAS, this stipulation memorializes the parties' agreement that Plaintiff will file an amended complaint by February 16, 2024.

WHEREAS, Defendants will file any motion to dismiss the amended complaint by April 1, 2024.

WHEREAS, Plaintiff may file an opposition to any motion to dismiss the amended complaint filed by Defendants by May 6, 2024.

WHEREAS, Defendants will file any reply in support of their motion to dismiss the amended complaint by May 28, 2024.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for the Court's approval, that the following schedule be entered:

| Plaintiff to File Amended Complaint | February 16, 2024 |
|---|---|
| Deadline for Defendants to File Motion to Dismiss | April 1, 2024 |
| Deadline for Plaintiff to File Opposition to Motion to Dismiss | May 6, 2024 |
| Deadline for Defendants to File Reply in Support of Motion to Dismiss | May 28, 2024 |

IT IS SO STIPULATED.

Dated: January 23, 2024

*/s/ Michael P. Canty*

Michael P. Canty (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Danielle Izzo (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com
cvillegas@labaton.com
dizzo@labaton.com

*Counsel for Plaintiff*

Robert M. Hoffman
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
(214) 743-4530

rob.hoffman@us.dlapiper.com

Daniel R. Saeedi (*pro hac vice*)
**TAFT STETTINIUS & HOLLISTER LLP**
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
Telephone: (312) 527-4000
dsaeedi@taftlaw.com

Stephen A. Broome (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Fl.
New York, NY 10010
(646) 431-9439
stephenbroome@quinnemanuel.com

*Counsel for Defendants*