IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARCUS BAKER, *et al.*, | § | |
| | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-2761-N |
| | § | |
| MATCH GROUP, INC., *et al.*, | § | |
| | § | |
|    Defendants. | § | |

# **ORDER**

This Order addresses Defendants Match Group, Inc., Match Group LLC, Hinge, Inc., Humor Rainbow, Inc., People Media, Inc., and Affinity Apps LLC's (collectively, "Match Group") motion to stay discovery pending resolution of its motion to dismiss [70]. Courts may grant a stay "for good cause shown" and have broad discretion to control discovery. FED. R. CIV. P. 26(c). After reviewing the parties' briefs and considering the arguments, the Court denies the motion.

Signed June 10, 2024.

                                                                                                          David C. Godbey
                                                                              Chief United States District Judge