IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARCUS BAKER, *et al.*, § § § § Plaintiffs, § § v. § § MATCH GROUP, INC., *et al.*, § § Defendants. § § | Civil Action No. 3:23-CV-02761-N |

# FINAL JUDGMENT

By separate Memorandum Opinion and Order of this same date, the Court granted Match Group, Inc., et al.'s ("Match") Motion to Dismiss Plaintiffs' Amended Class Action Complaint [66]. It is, therefore, ordered that Plaintiffs Marcus Baker, Eva Adams, Carole Buchanan, Jillian Abbinati, and Ann Bresnen take nothing on their claims against Match, and those claims are dismissed with prejudice. Court costs are taxed against Plaintiffs. All relief not expressly granted is denied. This is a final judgment.

Signed October 30, 2024.

_____
David C. Godbey
Chief United States District Judge

FINAL JUDGMENT – PAGE 1